No. 241. JOHN F. HANSON, PLAINTIFF IN ERROR, *v.* EMIL GUSTAFSON.[1] In error to the Supreme Court of the State of Kansas.    May 1, 1912.    Dismissed with costs, pursuant to the tenth rule.    *Mr. John F. Hanson, pro se.* No appearance for the defendant in error.

---

No. 245. JACOB OPPENHEIMER, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF CALIFORNIA.    In error to the Supreme Court of the State of California.    May 2, 1912.    Dismissed with costs, pursuant to the tenth rule. *Mr. Henry G. W. Dinkelspiel* for the plaintiff in error.    No appearance for the defendant in error.

---

[1] May 13. Judgment of dismissal vacated and case restored to docket.